■ G. B. KENT & SON, LTD., Respondent, v HELENA RUBINSTEIN, INC., Appellant.—Order and judgment, Supreme Court, New York County, entered on February 25 and April 12, 1977, respectively, unanimously affirmed for the reasons stated by Smith, J., at Trial Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DONALD PAGE, Appellant.—Judgment, Supreme Court, New York County, rendered on January 4, 1977, unanimously affirmed. The case is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Evans, Lane and Lynch, JJ.

■ GEORGE FELDMAN, as Trustee in Bankruptcy of Leasing Consultants Incorporated and L. C. I. Factors, Inc., Appellant, v MARTIN MILLER et al., Defendants, and MARTIN J. BUSH, Respondent.—Order, Supreme Court, New York County, entered on September 1, 1976, unanimously affirmed, on the opinion of Nadel, J., at Special Term, without costs and without disbursements. (See, also, *Chalk v Catholic Med. Center of Brooklyn & Queens,* 58 AD2d 822.) Concur—Kupferman, J. P., Evans, Lane and Lynch, JJ.

■ JOSEPH DE LORAINE, Appellant, v MARINE ENGINEERS' BENEFICIAL ASSOCIATION PENSION TRUST et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 9, 1977, unanimously affirmed on the opinion of Stecher, J., at Special Term, and the appeal from the decision dated December 22, 1976 dismissed, without costs and without disbursements. Concur—Kupferman, J. P., Evans, Lane and Lynch, JJ.